IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANE CLARK, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )    CIVIL ACTION NO. 17-0147-CG-C |
| | ) |
| WELLS FARGO BANK, N.A., | ) |
| | ) |
|    Defendant. | ) |

## ORDER

The parties having filed a Joint Stipulation of Dismissal on December 18, 2017 (Doc. 26), it is hereby **ORDERED** that all claims in this action are hereby **DISMISSED WITH PREJUDICE**.  Each party shall bear her or its own attorneys' fees and costs.

**DONE** and **ORDERED** this the 19th day of December, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE